IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOPE IRVIN, as Personal Representative
of the ESTATE OF VINCENT WOOD, Deceased,

    Plaintiff,

v.                                                                                                       Civ. No. 15-550 SCY/KBM

KATHERINE WRIGHT, individually and in her
official capacity as an Albuquerque Police Officer
JEFFREY BLUDWORTH, individually and in his
official capacity as an Albuquerque Police Officer,
and CITY OF ALBUQUERQUE,

    Defendants.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO EXCEED PAGE LIMITS ON MOTION FOR
SUMMARY JUDGMENT AND EXHIBITS TO BE FILED**

    **THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Exceed Page Limits on Motion for Summary Judgment and Exhibits. ECF No. 57. Having considered the Motion and the fact that the Motion is unopposed, the Court finds the Motion is well-taken and shall be **GRANTED.**

    **IT IS THEREFORE ORDERED,** that Plaintiff may file a forty two (42) page Motion for Summary Judgment with two hundred seventy five (275) pages of exhibits.

_____
UNITED STATES MAGISTRATE JUDGE

1

**SUBMITTED AND AGREED TO BY:**

LAW OFFICE OF FRANCES CROCKETT

*/s/ Frances C. Carpenter*
Frances C. Carpenter
925 Luna Circle NW
Albuquerque, NM 87102
Phone: (505) 314-8884
*Attorneys for Plaintiff*

**AGREED TO BY:**

CITY OF ALBUQUERQUE
Jessica M. Hernandez
City Attorney

*/s/ Stephanie Griffin (via e-mail 5/6/16)*
Assistant City Attorney
PO Box 2248
Albuquerque, New Mexico 87103
Phone: (505) 768-4500
*Attorneys for City Defendants*

I hereby certify that a true and correct copy of the forgoing was served to all parties and counsel of record via the CM/ECF filing system this 6th day of May, 2016.

*/s/ Frances Carpenter*
Frances Carpenter

2