**THIS IS AN IMPORTANT RECORD  
SAFEGUARD IT**

| | | |
|---|---|---|
| 1. LAST NAME – FIRST NAME – MIDDLE NAME: WOOD VINCENT STEPHAN | 2. SERVICE NUMBER: RA 13 844 093 | 3. SOCIAL SECURITY NUMBER: 170 36 7525 |
| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS: ARMY RA UNASGD | 5a. GRADE, RATE OR RANK: PFC (P) — b. PAY GRADE: E-3 | 6. DATE OF RANK: 24 NOV 66 |
| 7. U.S. CITIZEN: XX | 8. PLACE OF BIRTH: PHILADELPHIA PENNSYLVANIA | 9. DATE OF BIRTH: 5 AUG 46 |
| 10. SELECTIVE SERVICE NUMBER: 36 130 46 171 | 11. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE: LB #130 PHILADELPHIA PENNSYLVANIA | DATE INDUCTED: NA |
| 11a. TYPE OF TRANSFER OR DISCHARGE: TRFD TO USAR SEE ITEM #16 | b. STATION OR INSTALLATION AT WHICH EFFECTED: US ARMY PERSONNEL CENTER OAKLAND, CALIFORNIA | |
| c. REASON AND AUTHORITY: CH 6 AR 635-200 SPN 227 HARDSHIP (RAD) | | d. EFFECTIVE DATE: 25 AUG 67 |
| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: USARV 96257 CO D 1ST SQDN 11TH ARMD CAV REGT APO SF | 13a. CHARACTER OF SERVICE: HONORABLE | b. TYPE OF CERTIFICATE ISSUED: NONE |
| 14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED: USAR CONTROL GROUP/ REINF /US ARMY ADMIN CENTER ST LOUIS, MO | | 15. REENLISTMENT CODE: RE-2 |
| 16. TERMINAL DATE OF RESERVE UMT&S OBLIGATION: 28 DEC 70 | 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION a. SOURCE OF ENTRY: [X] ENLISTED (First Enlistment)  [ ] ENLISTED (Prior Service)  [ ] REENLISTED  [ ] OTHER | b. TERM OF SERVICE: 3  c. DATE OF ENTRY: 29 DEC 64 |
| 18. PRIOR REGULAR ENLISTMENTS: NONE | 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC: PVT E-1 (P) | 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE: PHILADELPHIA PENNSYLVANIA |

21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE: 1332 SOUTH CAPITOL STREET PHILADELPHIA PENNSYLVANIA 19146

22. STATEMENT OF SERVICE:

| | YEARS | MONTHS | DAYS |
|---|---|---|---|
| (1) NET SERVICE THIS PERIOD | 2 | 7 | 27 |
| (2) OTHER SERVICE | 0 | 0 | 0 |
| (3) TOTAL (Line (1) plus Line (2)) | 2 | 7 | 27 |
| b. TOTAL ACTIVE SERVICE | 2 | 7 | 27 |
| c. FOREIGN AND/OR SEA SERVICE — USARPAC | 1 | 9 | 17 |

23a. SPECIALTY NUMBER & TITLE: 11E20 ARMOR CRWMN  
b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: NA

24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED:

NATIONAL DEFENSE SERVICE MEDAL  
VIETNAM CAMPAIGN MEDAL  
VIETNAM SERVICE MEDAL  
SHARPSHOOTER (RIFLE M-14)  
SHARPSHOOTER (.45 PISTOL)  
COMBAT INFANTRYMAN BADGE

25. EDUCATION AND TRAINING COMPLETED: NONE

| 26a. NON-PAY PERIODS TIME LOST (Preceding Two Years): NONE | b. DAYS ACCRUED LEAVE PAID: 00 | 27a. INSURANCE IN FORCE (NSLI or USGLI): [ ] YES  [X] NO | b. AMOUNT OF ALLOTMENT: $ NA | c. MONTH ALLOTMENT DISCONTINUED: NA |
|---|---|---|---|---|
| | 28. VA CLAIM NUMBER: C- NA | 29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE: [ ] $10,000  [ ] $5,000  [ ] NONE  XX | | |

30. REMARKS:

BLOOD GROUP— "A"  
CIVILIAN EDUCATION: 12 YRS

31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE: SEE ITEM #21

32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: /s/ Vincent S Wood

33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER: T.E. CARROLL, 1LT, AGC, ASST ADJ

34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: /s/ T.E. Carroll

25F9

**DD FORM 214** JUL 66  
PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE EFFECTIVE 1 JAN 67.  
☆ GPO : 1966 O - 233-125  
ARMED FORCES OF THE UNITED STATES  
REPORT OF TRANSFER OR DISCHARGE

**Armed Forces of the United States of America**

This is to certify that

WOOD VINCENT S        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    PFC    USAR

was Honorably Discharged from the

**Armed Forces of the United States of America**

on the 28TH day of DECEMBER 1970

This certificate is awarded as a testimonial of Honest and Faithful Service

LOUIS J. ROST
BRIGADIER GENERAL, USA

DD FORM 256A, 1 MAY 50