TRANSCRIPT OF RECORDING

In Re: Woods

Track 02

KENDRA TELLEZ COURT REPORTING, INC.   505-243-5691

Page 1

TRANSCRIPT OF RECORDING
In Re: Woods
Track 02

Page 2

1    DISPATCHER: PD. Frank 423 and Ida 434.
2  I'm going preempt you and send you a priority 1 call
3  that's coming in. PD to Frank 423 and Ida 434. If I
4  can get both units en route to a party 139 call. It's
5  going to be at 4601 San Mateo Boulevard, Northeast.
6  4601 San Mateo Boulevard, Northeast to the bus stop. A
7  male subject at the bus stop holding a large butcher
8  knife. He's threatening two 10-30s, a BMA in his 50s,
9  six-two, thin build, black jacket, black pants. Was
10 last seen walking northbound on San Mateo. The caller
11 has advised the subject does have a 10-40 history and he
12 is known to be -- be violent. [Inaudible] caller, I
13 don't know how he's related, but he is with security and
14 giving 49 to security. The subject's northbound on foot
15 near Azuma's. PD to Sam 49.
16    OFFICER: 10-4. I'll be en route also.
17    DISPATCHER: 10-4.
18    OFFICER: [Inaudible] preempt me to that
19 call. We're not too far out.
20    OFFICER: Frank 434, PD.
21    DISPATCHER: Frank 434.
22    OFFICER: [Inaudible] from the northeast
23 sub [inaudible] starting is 1.6.
24    DISPATCHER: 1.6 at 1939.
25    OFFICER: Frank 423 to the units going to

Page 3

1  the San Mateo call. I think that guy's name might be
2  something like Vincent. He is 10-40. He's extremely
3  hard to understand.
4    OFFICER: 10-4 [inaudible]. Is CIT en
5  route?
6    DISPATCHER: Any unit en route CIT?
7    OFFICER: [Inaudible].
8    DISPATCHER: Four. They're advising the
9  subject is now on the west side of San Mateo by the
10 putt-putt golf, still walking northbound on foot.
11    OFFICER: Mike 36 calling 56 [inaudible].
12    DISPATCHER: 10-4. BMA, thin build, in
13 his 50s, wearing all black. They're now saying he's in
14 the Circle K parking lot and they don't know if he's
15 still armed.
16    OFFICER: 10-4. That's more in the San
17 Mateo and McLeod, isn't it?
18    DISPATCHER: 10-4.
19    OFFICER: Ida 434, we have a visual.
20    DISPATCHER: Is he in the Circle K
21 parking lot?
22    OFFICER: 10-4.
23    OFFICER: Shots fired. [Inaudible].
24    OFFICER: Mike 46, PD. He's down. 34s
25 are 10-4.

Page 4

1    DISPATCHER: 10-49, 10-4.
2    OFFICER: I'm en route. Stay off the
3  air.
4    OFFICER: Mike 46, PD. 34s are 10-4.
5  We're going to need you to start shutting down the area
6  and seeing it's secure for 43. Have them step on it.
7    DISPATCHER: 10-4.
8    OFFICER: [Inaudible]. Send me some more
9  units if you have them.
10   DISPATCHER: 10-4. Frank 422 and David
11 413 en route.
12   OFFICER: [Inaudible]. Where do you need
13 me?
14   DISPATCHER: [Inaudible].
15   OFFICER: [Inaudible] 56.
16   DISPATCHER: Advise where you want units.
17   OFFICER: For now, let's shut down all of
18 San Mateo.
19   DISPATCHER: 10-4. David 413 and 411, I
20 need you to start to San Mateo and shut it down.
21   OFFICER: 10-4.
22   OFFICER: [Inaudible] can be en route.
23   OFFICER: Ida 412 and Ida 411 [inaudible]
24 at San Mateo and Montgomery.
25   DISPATCHER: 10-4.

Police Call #P131861236                                                                Page 1 of 8

Detailed History for Police Call #P131861236 As of 11/14/2013 16:32:02

Priority:1 Type:39 - Disturbance
Location:4601 SAN MATEO BL NE,ALB Route Map It
LocCross:btwn SAN MATEO LN NE and LUMBER AV NE

| Created:  | 07/05/2013 19:34:41 | PCAD38 | P4825 |
| Entered:  | 07/05/2013 19:37:14 | PCAD38 | P4825 |
| Dispatch: | 07/05/2013 19:39:04 | PCAD33 | P5085 |
| Enroute:  | 07/05/2013 19:39:10 | 5396   | P5396 |
| Onscene:  | 07/05/2013 19:41:48 | PCAD33 | P5085 |
| Transprt: | 07/05/2013 21:10:09 | PCAD33 | P5085 |
| Complete: | 07/05/2013 21:21:48 | PCAD33 | P5085 |
| Closed:   | 07/06/2013 02:27:08 | PCAD20 | P2468 |

PrimeUnit:F422 Dispo:42 Type:39 - Disturbance
Agency:APD AreaC/Dist:NE Sector:413 Beat:413
Case #:AP130060243      ⌐ Detail

---

| Time | Action | Details |
|---|---|---|
| 19:34:41 | CREATE | Location:4601 SAN MATEO BL NE,ALB Type:39 Name:BRAD Phone:5058033875 AreaC/Dist:NE BEAT/F-BOX:413 TypeDesc:Disturbance LocCross:btwn SAN MATEO LN NE and LUMBER AV NE Priority:2 Response:20 Agency:APD LocType:S |
| 19:37:14 | ENTRY | Priority:2-->1 Comment:BUS STOP--CLR ADV MALE SUBJ HOLDING LARGE BUTCHER KNIFES--CLR ADV SUBJ THREATENED TWO -30S--SUBJ/ BMA 50YO 602 THIN BUILD BLK JKT BLK PANTS LSH NB SAN MATEO--CLR REQ 34'S MAKE 25 AT ABOVE 20 |
| 19:37:14 | -PREMIS | Comment:CE, SEX, APS, PPR, FPR |
| 19:37:26 | INFO | Comment:CLR ADV SUBJ HAS -40 HISTORY |
| 19:37:30 | INFO | Comment:NEG -18/57 |
| 19:37:37 | INFO | Comment:SUBJ IS KNOWN TO BE VIOLENT |
| 19:38:07 | SELECT | |
| 19:38:13 | INFO | Comment:CLR IS WITH US SECURITY |
| 19:38:42 | INFO | Comment:SUBJ NB ON FOOT AT AZUMA'S |
| 19:39:04 | DISP | I434 Operator:P4400 OperNames:BLUDWORTH,JEFFERY |
| 19:39:04 | DISP | F423 Operator:P5396 OperNames:WRIGHT,KATHERINE |
| 19:39:04 | -PRIU | I434 |
| 19:39:08 | DISP | S49 Operator:P3075 OperNames:ALTMAN,STEVE |
| 19:39:10 | *ENRTE | F423 |
| 19:39:16 | INV | InvType:INVP Priority:1 Name:UNK Race:B Sex:M Age:50 Hght:602 Bld:THIN Hair:BLK |
| 19:39:20 | BACKER | BK46 UnitID:I434 Operator:P5268 OperNames:O'GUIN,JON |
| 19:40:15 | HOLD | |
| 19:40:27 | INFO | Comment:CLR ADV SUBJ HAS TRESPASSING ORDER FOR MONTGOMERY PLAZA FOR 27-4 CUSTOMER |
| 19:40:34 | *ENRTE | I434 |
| 19:41:03 | INFO | Comment:SUBJ ON W SIDE OF SAN MATEO BY PUTT PUTT GOLF NB ON FOOT |
| 19:41:48 | ONSCN | BK46 |
| 19:41:51 | INFO | Contact:No Weapons:KNIFES Drugs:U Alcohol:Unknown Comment:UNK IF STILL ARMED SUBJ IN CIRCLE K PLOT |
| 19:42:02 | HOLD | |

Police Call #P131861236                                                                                                  Page 2 of 8

```
19:42:12  *ONSCN    F423
19:42:18   INFO     Contact:Yes Comment:CLR NO LONGER HAS VISUAL ON SUBJ DISCONNECTED WITH 911
19:42:32   MISC     I434 Comment:VISUAL OF SUBJ IN THE CIRCLE K PLOT SAN MATEO/MCLEOD
19:42:35   INFO     Comment:CLR WANTS 25 WITH 34'S AT ABOVE 20
19:42:36   ONSCN    I434
19:42:41   NOMORE
19:43:05   MISC     BK46 Comment:SHOTS FIRED, 10-3 AIR SUBJ IS DOWN 34S 10-4
19:43:27   MISC     BK46 Comment:34S 10-4 SHOT DOWN AREA, SECURE FOR 43 HAVE ENRT
19:44:09   BACKER   F422 UnitID:BK46 Operator:P4580 OperNames:MUNOZ,DAVID
19:44:09   BACKER   D413 UnitID:BK46 Operator:P5362 OperNames:NEIL,LISA
19:44:12  *ONSCN    D413
19:44:20  *BACKUP   I412 UnitID:BK46 Operator:P5382 OperNames:LOWRY,ERICA
19:44:22   MISC     Comment:PIO 10-4
19:44:23  *ENRTE    I412
19:44:32   BACKER   D411 UnitID:D413 Operator:P5350 OperNames:TODACHEENIE,KEVIN
19:44:38  *BACKUP   I411 UnitID:I412 Operator:P5378 OperNames:DEATHERAGE,JASON
19:44:44   MISC     S49 Comment:SHUT DOWN SAN MATEO., 43 ENRT
19:44:44  *BACKUP   D412 UnitID:D411 Operator:P5342 OperNames:SYMES,DAIN
19:44:47  *ENRTE    I411
19:44:52   BACKER   PS44 UnitID:S49 Operator:P4638 OperNames:TRUJILLO,JOSH
19:44:57   CLEAR    I411 I412 Dispo:8
19:45:05   BACKOS   I411 UnitID:S49 Operator:P5378 OperNames:DEATHERAGE,JASON
19:45:05   BACKOS   I412 UnitID:S49 Operator:P5382 OperNames:LOWRY,ERICA
19:45:16  *ONSCN    F422
19:45:47   CLOS     I411 I412 Location:SAN MATEO BL NE / MONTGOMERY BL NE,ALB
19:45:56   CLOS     D413 Location:JEFFERSON ST NE / MCLEOD RD NE,ALB
19:46:12   MISC     S49 Comment:NOTIFY SHOOT TEAM
19:46:28   MISC     D413 Comment:BLOCKING EB
19:47:08   MISC     S49 Comment:EB MCLEOD SHUT DOWN
19:47:30   BACKOS   843 UnitID:S49 Operator:P3386 OperNames:VOLLMER,MATTHEW
19:47:43   ONSCN    D412
19:47:49   MISC     S49 Comment:START FI
19:47:56  *CHGLOC   D413 Location:JEFFERSON/MCLEOD
19:47:57  *ONSCN    D413
19:48:18   MISC     BK46 Comment:DC WEST ENRT
19:48:40   BACKER   S44A UnitID:I434 Operator:P5249 OperNames:COCHRAN,TRAVIS
19:48:45   BACKOS   403 UnitID:I434 Operator:P1822 OperNames:LOPEZ,TIM
19:48:50   XREF     Service:P Call:#P131861252 Type:64 Agency:APD
19:49:25   BACKOS   844 UnitID:843 Operator:P3042 OperNames:WYCKOFF,KEVIN
19:49:36  *ONSCN    PS44
19:49:37   CLOS     844 Location:SAN MATEO BL NE / MCLEOD RD NE,ALB
19:49:40   HOLD
19:50:11   CLOS     I412 Location:SAN MATEO BL NE / MONTGOMERY BL NE,ALB Comment:BLOCKING NB
19:50:40   BACKER   F431 UnitID:I434 Operator:P5208 OperNames:EDISON,JAMES (JIM)
19:50:44   CHGLOC   F431 Location:UNMH,ALB
19:51:01   BACKOS   S46 UnitID:S49 Operator:P3197 OperNames:HILGER,RICHARD
19:51:41   BACKOS   745A UnitID:844 Location:SAN MATEO BL NE / MCLEOD RD NE,ALB Operator:P5286
```

file:///C:/Tibvran/MDS/data/temphtml/temp0004.html                                                                              11/14/2013